## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID C. SHARP,                          )
                                         )
     Plaintiff,                          )
                                         )
v.                                       )      No. 1:06CV01693 (JDB)
                                         )
ROSA MEXICANO D.C. LLC,                  )
                                         )
     Defendant.                          )
_____)

### AGREED MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

Pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure, Defendant Rosa Mexicano D.C. LLC hereby moves the Court for the entry of an Order extending the date by which it must answer or otherwise respond to Plaintiff's Complaint to November 16, 2006. In support of this Motion, Defendants state:

1.     Plaintiff filed his Complaint on September 29, 2006, and served process on Defendant on October 13, 2006. Defendant's responsive pleading is currently due to be filed on November 2, 2006.

2.     Defendant requests a short extension of this response date until November 16, 2006. This extension is necessary to afford it sufficient time to prepare and file a responsive pleading or motion.

3.     Counsel for Defendant contacted Plaintiff's counsel on October 26, 2006, and Plaintiff's counsel indicated that she does not object to the proposed extension.

4.     Defendant respectfully submits that Plaintiff will not be prejudiced by the additional time requested by Defendant.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the filing deadline for its response to the Complaint to November 16, 2006.

Respectfully submitted,


/s/
Connie N. Bertram (D.C. Bar No. 435840)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000
(202) 282-5100 (fax)
cbertram@winston.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the attached

Agreed Motion for Extension of Time to File Responsive Pleading to be served in accordance

with ECF procedures on this 30th day of October, 2006, on the following individual:

> Olekanma A. Ekekwe
> 717 D Street, N.W., Suite 314
> Washington, DC 20004

/s/
Connie N. Bertram

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DAVID C. SHARP,                          )
                                         )
      Plaintiff,                    )
                                         )
v.                                       )          No. 1:06CV01693 (JDB)
                                         )
ROSA MEXICANO D.C. LLC,                  )
                                         )
      Defendant.                    )
_____)

## ORDER

    Upon consideration of Defendant's Motion for an Extension of Time, it is this _____ day

of November, 2006, hereby ORDERED:

    1.     that Defendant's Motion is GRANTED; and

    2.     that Defendant shall file its Answer or other response to the Complaint on or

before November 16, 2006.


                                   _____
                                     United States District Judge

DC:489181.1