IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. SHARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06CV01693 (JDB) |
| ) | |
| ROSA MEXICANO D.C. LLC, ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure, Defendant Rosa Mexicano D.C. LLC hereby moves the Court for the entry of an Order extending the date by which it must answer or otherwise respond to Plaintiff's Complaint to November 27, 2006. In support of this Motion, Defendant states:

1. Plaintiff filed his Complaint on September 29, 2006, and served process on Defendant on October 13, 2006. On October 27, 2006, Defendant filed an Agreed Motion for Extension of Time, which the Court granted the following day. Defendant's responsive pleading is currently due to be filed on November 16, 2006.

2. Defendant requests a short extension of this response date until November 27, 2006. This extension is necessary to afford the parties an opportunity to determine whether they can resolve the claim through a negotiated settlement.

3. Counsel for Defendant contacted Plaintiff's counsel on November 16, 2006, and Plaintiff's counsel indicated that she does not object to the proposed extension.

4. Defendant respectfully submits that Plaintiff will not be prejudiced by the additional time requested by Defendant.

- 2 -

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the filing deadline for its response to the Complaint to November 27, 2006.

Respectfully submitted,

/s/
Connie N. Bertram (D.C. Bar No. 435840)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100 (fax)
cbertram@winston.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the attached Agreed Motion for Extension of Time to File Responsive Pleading to be served in accordance with electronic filing procedures on this 16th day of November, 2006, on the following individual:

>Olekanma A. Ekekwe
>717 D Street, N.W., Suite 314
>Washington, DC 20004

>/s/
>Connie N. Bertram

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. SHARP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSA MEXICANO D.C. LLC, )<br>)<br>Defendant. )<br>_____) | No. 1:06CV01693 (JDB) |

**<u>ORDER</u>**

Upon consideration of Defendant's Agreed Motion for an Extension of Time, it is this ____ day of November, 2006, hereby ORDERED:

1. that Defendant's Motion is GRANTED; and

2. that Defendant shall file its Answer or other response to the Complaint on or before November 27, 2006.

_____
United States District Judge