IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. SHARP, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROSA MEXICANO D.C. LLC, )<br>)<br>    Defendant. )<br>_____) | No. 1:06CV01693 (JDB) |

## **DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Rosa Mexicano is a restaurant licensed to do business at 575 7th Street, N.W., Washington, D.C. Comp. ¶ 5.

2. The restrooms at Rosa Mexicano feature a large, private stall that is labeled with a sign on the wall clearly indicating that it accessible to the handicapped. Declaration of Raymond Fischer ("Fischer Dec."), ¶¶ 3, 6, Ex. B.

3. The pictures of the Rosa Mexicano restroom that Plaintiff attached to his Complaint do not reflect the private handicapped stall. Fischer Dec. ¶ 4.

4. On or around October 30, 2006, Rosa Mexicano employee Raymond Fischer took several photographs of the portion of the Rosa Mexicano restroom that is specifically designed for accessibility by handicapped persons. *Id.* ¶ 5.

5. As demonstrated in Mr. Fischer's photographs, a handicapped person attempting to wash his hands in the sink would easily be able to do so. *Id.* ¶ 7, Ex. B.

6. The sink is free of any bar that would prevent a handicapped person from rolling his wheelchair under the sink. Also, there is plenty of floor space in front of the sink to allow a person in a wheelchair to approach the sink. *Id.*

7.  The height of the sink is less than 34 inches, the maximum allowable height for wheelchair access. *Id.* ¶ 8.

8.  The faucet apparatus is a lever-operated mechanism that permits access by persons with limited hand control. *Id.* ¶ 9.

9.  If Plaintiff had entered the handicap stall in the men's restroom when he visited Rosa Mexicano in April 2006, he would have had full access to the facilities, including the sink and faucet. *Id.* ¶ 11.

Respectfully submitted,

/s/
Connie N. Bertram (D.C. Bar No. 435840)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100 (fax)
cbertram@winston.com

*Counsel for Defendant*

DC:492997.1