IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID C. SHARP, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:06CV01693 (JDB) |
| ROSA MEXICANO D.C. LLC, | ) ) ) |
|     Defendant. | ) ) |

## CERTIFICATE OF COUNSEL

Certificate required by Rule of Civil Procedure 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Rosa Mexicano D.C. LLC ("Rosa Mexicano"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Rosa Mexicano which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/
Connie N. Bertram (D.C. Bar No. 435840)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000
(202) 282-5100 (fax)
cbertram@winston.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a true and correct copy of the attached Certificate of Counsel to be served in accordance with electronic filing procedures on this 28th day of November, 2006, upon the following individual:

>Olekanma A. Ekekwe
>717 D Street, N.W., Suite 314
>Washington, DC 20004

/s/
Connie N. Bertram

DC:49193912.1