UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID C. SHARP,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROSA MEXICANO, D.C., LLC,**<br><br>**Defendant.** | Civil Action No. 06-1693 (JDB) |

## ORDER

Upon consideration of [7] defendant's motion to dismiss the complaint or, in the alternative, for summary judgment, [9] plaintiff's motion for summary judgment, and the parties' request for attorney's fees and costs, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**; it is further

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**; it is further

**ORDERED** that defendant's and plaintiff's respective requests for fees and costs are **DENIED**; and it is further

**ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

                                                                  /s/
                                            JOHN D. BATES
                                    United States District Judge

Date:  July 26, 2007